THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE: Mark and Jennifer Wells       CASE NO: 10-bk-16695
    debtors      CHAPTER 13

**AMENDMENT TO CHAPTER 13 PLAN**

Comes now the Debtors, by and through attorney, Clarence W Cash, and for Modification of the Chapter 13 Plan, states:

1. Payments shall be made in the sum of $340.00 per month.

The base or minimum amount to be paid into the plan for the debtor to complete the plan and be entitled to discharge shall be calculated as follows: The sum of the amount actually paid into the plan as of the date of modification which is $1360.00 and the amount proposed by the debtor to be paid pursuant to the modified plan is $340.00 per month for fifty-five (55) months for a total base of $20,060.00.

       ___ This represents a decrease in the amount of plan payment.
       ___ This represents an increase in the amount of the plan payment.
       √ This modification does not affect the amount of the plan payment

2. The plan length from the date of filing shall be __60__ months.

       √ This modification does not affect the length of the plan.
       ___ This modification does affect the length of the plan.

3. Unsecured creditors are to be paid pro rata.

4. The following changes are to be made to each creditor as set out below.

| Creditor Name | Change in Treatment/Classification |
|---|---|
| HSBC<br>PO Box 5253<br>Carol Stream, IL 60197 | RE: Goods Sold<br>The debtor is surrendering this property and the secured claim of $829.99 shall be classified as general unsecured and any deficiency amount shall also be classified as general unsecured. |

Bass & Associates              Notice Only

      3936 E Ft. Lowell, Suite 200
      Tucson, AZ 85712

      Bill Warford Enterprises LLC       This is an executory contract
      15902 HWY 70       that the debtors are assuming.
      Benton, AR 72019

5. The following creditors are added to the plan and are classified as Secured creditors:

    None

6. The following creditors are added to the plan and are classified as Priority creditors:

    None

7. The following creditors are added to the plan and are classified as Unsecured Creditors:

    None

8. Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

9. All other provisions as set forth in the last chapter 13 plan shall remain the same.

10. Debtors will pay all disposable income to the Trustee for the applicable commitment period of the plan for the benefit of unsecured creditors.

DATE: February 3, 2011       Respectfully submitted,

                                                <u>/S/CLARENCE W. CASH, Jr. Ark Bar No: 73017</u>
                                                Attorney at Law
                                                424 West 4th Street, Suite B
                                                North Little Rock, Arkansas 72114
                                                (501) 371-9114

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**

IN RE: Mark and Jennifer Wells            CASE NO: 10-bk-16695
    debtors                                                                  CHAPTER 13

**NOTICE OF OPPORTUNITY TO OBJECT**

       You are hereby notified that the captioned debtor has filed the attached modification of plan. Objections to confirmation of the plan as amended must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, Arkansas 72201 in writing within twenty-eight (28) days from the date of this notice, with copies to the attorney for debtor and to the Standing Chapter 13 Trustee, P. O. Box 5006, North Rock, Arkansas 72119.

       If objections to the plan as amended are filed, they will be set for hearing by subsequent notice. If no objections are received, the plan as amended may be confirmed without further notice or hearing.

Date: February 3, 2011                      /S/CLARENCE W. CASH, Jr. Ark Bar No: 73017
                                                              Attorney at Law
                                                              424 West 4th Street, Suite B
                                                              North Little Rock, Arkansas 72114
                                                              (501) 371-9114

**CERTIFICATE OF MAILING**

       I, the undersigned, hereby certify that copies of the foregoing Modification and attached Notice of Opportunity to Object have been mailed to the following:

Mark McCarty – Trustee
P. O. Box 5006
Little Rock, Arkansas 72203

HSBC
PO Box 5253
Carol Stream, IL 60197

Bass & Associates
3936 E Ft. Lowell, Suite 200
Tucson, AZ 85712

Bill Warford Enterprises LLC
15902 HWY 70
Benton, AR 72019

Dated: February 3, 2011                                                                              /S/Clarence W Cash